**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 4 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01954-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

CORNELIUS MOORE,

      Plaintiff,

v.

ADAMS COUNTY DETENTION FACILITY,
MS. DIANE, Medical Supervisor,
JANE DOE,
SUZZANE, Acting Lieutenant,
ADAMS COUNTY DETENTION FACILITY,
JOHN DOE, Adams County Sheriff,
ROBYN, Nurse,
JOHN DOE, Dr.,
MR. JIM, Nurse Practitioner,
JANE DOE, Doctor, and
JOHN DOE, Dr's [sic],

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff has submitted a Complaint, a Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 and "Praecipe for Service of Process."  As part of the

court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the

submitted documents are deficient as described in this order.  Plaintiff will be directed to

cure the following if he wishes to pursue his claims.  Any papers which the Plaintiff files

in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)  ___  is not submitted
(2)  ___  is missing affidavit
(3)  X   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing: <u>Account statement submitted does not cover 6-month period immediately preceding this filing.</u>
(4)  ___  is missing certificate showing current balance in prison account
(5)  ___  is missing required financial information
(6)  ___  is missing an original signature by the prisoner
(7)  X   is not on proper form (must use the court's current form): <u>Plaintiff incorrectly submitted his § 1915 motion on the court's form that is used for non-prisoners.</u>
(8)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(9)  ___  An original and a copy have not been received by the court. Only an original has been received.
(10)  X   other: <u>Motion is necessary only if $350.00 filing fee is not paid in advance.</u>

**Complaint, Petition or Application:**
(11)  ___  is not submitted
(12)  X   is not on proper form (must use the court's current form): <u>Plaintiff is a prisoner and must submit his complaint on the Court's "Prisoner Complaint" form.</u>
(13)  ___  is missing an original signature by the prisoner
(14)  ___  is missing page nos. ___
(15)  ___  uses et al. instead of listing all parties in caption
(16)  ___  An original and a copy have not been received by the court. Only an original has been received.
(17)  ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)  ___  names in caption do not match names in text
(19)  ___  other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and

Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that Plaintiff's motion titled "Praecipe for Service of Process" (Doc. No. 3) is denied as premature.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED August 4, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 11-cv-01954-BNB

Cornelius Moore
Prisoner No.  11-6812
Adams County Detention Facility
PO Box 5001
Brighton, CO 80601

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on August 4, 2011.

GREGORY C. LANGHAM, CLERK

By:_____

Deputy Clerk