IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 3 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01954-BNB

CORNELIUS MOORE,

    Plaintiff,

v.

ADAMS COUNTY DETENTION FACILITY,
MS. DIANE, Medical Supervisor,
JANE DOE, SUZANNE, Acting Lieutenant,
ADAMS COUNTY DETENTION FACILITY,
JOHN DOE, Adams County Sheriff,
ROBYN, NURSE,
JOHN DOE, Doctor,
MR. JIM, Nurse Practitioner,
JANE DOE, Doctor, and
JOHN DOE, Doctor,

    Defendants.

---

ORDER OF DISMISSAL

---

On July 28, 2011, Plaintiff, Cornelius Moore, acting *pro se*, submitted a civil complaint. Mr. Moore, at the time he initiated the instant action, was detained at the Adams County Detention Facility in Brighton, Colorado.

On August 4, 2011, Magistrate Judge Boyd N. Boland entered an order instructing Mr. Moore to file his claims on a Court-approved form used in filing prisoner complaints. Magistrate Judge Boland further instructed Mr. Moore either to pay the $350.00 filing fee in full or in the alternative to submit a request to proceed pursuant to 28 U.S.C. § 1915 on a proper Court-approved form. Mr. Moore also was directed to submit a certified trust fund account statement for the six-month period immediately

preceding the filing of this action and was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

The August 4 Order to Cure was returned to the Court on August 10, 2011, and the envelope in which the Order was sent to Mr. Moore was marked "RETURN TO SENDER REFUSED UNABLE TO FORWARD" and "RETURN TO SENDER Addressee No Longer at this Address." Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil states that a party must file a notice of a new address within five days of any change of address. Nonetheless, Mr. Moore now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.

DATED at Denver, Colorado, this __13th__ day of __September__, 2011.

BY THE COURT:


__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01954-BNB

Cornelius Moore
Prisoner No. 11-6812
Adams County Detention Facility
PO Box 5001
Brighton, CO 80601

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on September 13, 2011.

                                      GREGORY C. LANGHAM, CLERK

                                 By: _____
                                            Deputy Clerk