**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01954-LTB

CORNELIUS MOORE,

    Plaintiff,

v.

ADAMS COUNTY DETENTION FACILITY,
MS. DIANE, Medical Supervisor,
JANE DOE, SUZANNE, Acting Lieutenant,
ADAMS COUNTY DETENTION FACILITY,
JOHN DOE, Adams County Sheriff,
ROBYN, NURSE,
JOHN DOE, Doctor,
MR. JIM, Nurse Practitioner,
JANE DOE, Doctor, and
JOHN DOE, Doctor,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On July 19, 2012, Plaintiff filed a Motion to Reopen Civil Rights Action, ECF No. 12, and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, ECF No. 13.  The Motion to Reopen, ECF No. 12, is DENIED.  The action was dismissed without prejudice on September 13, 2011, for failure to cure deficiencies.  If Plaintiff desires to pursue his claims he must do so by initiating a new action.  The § 1915 Motion, ECF No. 13, is DENIED as moot.

Dated:  July 23, 2012,